■ LORRAINE MURRAY, Appellant, v SHANITA P. PARSON, Respondent. [38 NYS3d 498]—Appeal from an order of the

Supreme Court, Monroe County (Evelyn Frazee, J.), entered March 31, 2015. The order denied the motion of plaintiff for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 30, 2016, and filed in the Monroe County Clerk's Office on September 22, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.